IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS, INC.,

            Plaintiff,

v.

SLY 1 PRODUCTIONS, LLC d/b/a PR's Place,
CHRISTOPHER BROOKINS, individually d/b/a PR's Place
and as member of Sly 1 Productions, LLC,
CARL BRUNHOLZL, individually d/b/a PR's Place
and as agent of Sly 1 Productions,
ST ENTERPRISES, INC d/ba/ PR's Place,
DARRELL DELAHOUSAYE, individually
and as Agent for ST Enterprises,
SCOTT R. WALSH, individually and as officer
and shareholder of ST Enterprises,
TED A. KRAUSE, individually and as officer
and shareholder of ST Enterprises,

            Defendants.

ORDER

11-cv-416-wmc

The court having provided plaintiff until January 26, 2012, to show cause why this case should not be dismissed for failure to prosecute and having heard nothing, IT IS HEREBY ORDERED that the above case is DISMISSED without prejudice.

Entered this 6th day of February, 2012.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge